The People of the State of New York, ex rel. Miles S. B. Knights, Respondent, v. Ellis J. Staley, as Conservation Commissioner of the State of New York, Appellant.— Order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Louis Pacelli, Appellant.— It is manifest that serious legal errors were committeed on this trial. A careful examination of the whole case leaves no doubt in the minds of the court of the guilt of the defendant. We think the jury would have arrived at the same result had these errors not been committed. Judgment of conviction affirmed, under section 542 of the Code of Criminal Procedure. All concur.

The Peelle Company, Respondent, v. Walter D. Watson & Company, Inc., Appellant.— Judgment unanimously affirmed, with costs.

Edwin E. Risley, Respondent, v. Moon Motor Car Company of New York, Inc., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Charles H. Southwick, an Infant, by Henry Southwick, His Guardian ad Litem, Respondent, v. Thomas Terrance, Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, for errors in excluding evidence that the defendant directed his mother not to use the automobile without his permission, and in charging the jury that if the defendant permitted his wife to give directions for its operation and knew of such directions and use by her he was liable, there not being any evidence of such directions or use by her. All concur.

Arthur Spence, as Executor, etc., of Jane Spence, Deceased, Appellant, v. George Spence, Jr., as Testamentary Trustee under the Last Will and Testament of George Spence, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs.

Arthur Thompson, Respondent, v. The Campe Corporation, Appellant.— Judgment unanimously affirmed, with costs. The court finds that the difference between the contract price of the 277 cases not accepted and the market or current price for that number of cases at the time and place where the goods should have been accepted was the sum of $5,000.

S. Woodehouse Vortigern, Respondent, v. Alvin J. Robinson, Appellant, Impleaded with Another.— Order modified by striking therefrom the direction for judgment and all provisions except that which strikes from the answer the defense of the Statute of Limitations,* and as modified unanimously affirmed, without costs.

Marguerite A. Valliere, as Administratrix, etc., of Joseph Valliere, Deceased, Respondent, v. Louis Ridgeway, Appellant.— Judgment and order unanimously affirmed, with costs.

---

* See Code Civ. Proc. § 382.— [Rep.